**Order filed March 26, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00097-CR

_____

**TARA RENEE OCHOA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 13
Harris County, Texas
Trial Court Cause No. 1815730**

# O R D E R

This is an appeal from the denial of appellant's motion to suppress. The clerk's record was filed March 20, 2013. It appears from the record that appellant entered a guilty plea on or about January 25, 2013. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain any written plea documents or the judgment of conviction on appellant's plea of guilty entered on or about January 25, 2013.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **April 8, 2013**, containing any written plea documents and the judgment of conviction on appellant's plea of guilty entered on or about January 25, 2013.

If any omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM